No. 78–5527. McNair v. United States. C. A. 3d Cir. Certiorari denied. ▮

No. 78–190. Eli Lilly & Co. v. Staats, Comptroller General, et al. C. A. 7th Cir. Motion of Abbott Laboratories for leave to file a brief as amicus curiae granted. Certiorari denied. ▮

No. 78–237. Aqua Media, Ltd., et al. v. United States. C. A. 9th Cir. Certiorari and/or motion for leave to file petition for writ of certiorari denied. Mr. Justice Powell took no part in the consideration or decision of this petition. ▮

No. 78–351. Clay et al. v. Hayward et al. C. A. 4th Cir. Certiorari denied. Mr. Justice Stewart would grant certiorari. ▮

No. 78–407. Hake et al. v. Helton, Administratrix, et al. Ct. App. Mo., Kansas City Dist. Certiorari denied. Mr. Justice Brennan, Mr. Justice White, and Mr. Justice Marshall would grant certiorari. ▮

No. 78–5250. Jones v. Texas. Ct. Crim. App. Tex.; and
No. 78–5311. Raulerson v. Florida. Sup. Ct. Fla. Certiorari denied. Reported below: No. 78–5250, 568 S. W. 2d 847; No. 78–5311, 358 So. 2d 826.

Mr. Justice Brennan and Mr. Justice Marshall, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.